**UNITED STATES COURT OF APPEALS**
**FOR THE EIGHTH CIRCUIT**

MIDWEST DIVISION – RMC, LLC d/b/a )
RESEARCH MEDICAL CENTER, )
                                                  )
               Petitioner )
                                                  )     Case No. 24-1680
      v. )
                                                    )
NATIONAL LABOR RELATIONS BOARD, )
                                                  )
             Respondent. )

**<u>SERVICE EMPLOYEES INTERNATIONAL UNION HCII, MISSOURI/KANSAS
DIVISION'S MOTION FOR LEAVE TO INTERVENE</u>**

COMES NOW Service Employees International Union HCII, Missouri/Kansas Division

("Union"), by and through counsel, and pursuant to Rule 15(d) of the Federal Rules of Appellate

Procedure requests leave to intervene in this matter in opposition to Midwest Division – RMC,

LLC d/b/a Research Medical Center's ("Research Medical Center") petition for review (Case

No. 24-1680).  In support thereof, the Union states as follows:

1.        On March 20, 2024, the National Labor Relations Board ("Board") issued its

decision and order in *Midwest Division – RMC, LLC d/b/a Research Medical Center*, 373 NLRB

No. 36, Board Case Nos. 14-CA-278811, 14-CA-286571, and 14-CA-2874411.

2.        On March 22, 2024, the Union filed a petition for review of the Board's March

20, 2024, Decision and Order in the United States Court of Appeals for the Seventh Circuit only

with respect to the Board's denial of the Union's request for a notice-reading remedy. (Case No.

24-1439).

3.        On March 29, 2024, Research Medical Center filed a petition for review of the

Board's March 20, 2024, Decision and Order in the United States Court of Appeals for the

Eighth Circuit. (Case No. 24-1680).

1

4. On April 12, 2024, the United States Judicial Panel on Multidistrict Litigation filed its Consolidation Order which selected the United States Court of Appeals for the Eighth Circuit in which to consolidate the two pending petitions for review.

5. The Union was one of the two Charging Parties in this case before the National Labor Relations Board ("NLRB"). It submitted a post-hearing brief to the Administrative Law Judge ("ALJ"), filed cross-exceptions to the Decision of the ALJ, and responded in opposition to the exceptions filed by Research Medical Center.

6. In the Decision and Order at issue in this case, the Board affirmed the ALJ's decision and held that Research Medical Center engaged in a series of unlawful actions toward the Union prior to Region 14's February 8, 2022, certification of the decertification election results in violation of the National Labor Relations Act ("NLRA"), including but not limited to, prematurely withdrawing recognition of the Union and repudiating its collective bargaining agreement with the Union. The Board also reversed the ALJ's dismissal of the allegation that Research Medical Center violated the Act by failing and refusing to furnish responses to the Union's information request relating to an employee. In addition to the remedies recommended by the ALJ, the Board ordered additional affirmative obligations to be taken by Research Medical Center to remedy its unfair labor practices. Because Research Medical Cetner has filed a petition to review of the Board's Decision and Order, the Union has an interest in this case and grounds for intervention in Case No. 24-1680.

7. Further, as a successful charging party in the underlying Board proceeding with respect to the merits, the Union is entitled to intervene in the petition for review filed by Research Medical Center in this Court as a matter of right. *Automobile Workers v. Scofield*, 382 U.S. 205, 208 (1965) ("We think that Congress intended to confer intervention rights upon the

successful party to the Labor Board proceedings in the court in which the unsuccessful party challenges the Board's decision").

8. Counsel for the NLRB does not oppose the Union's intervention. Counsel for Research Medical Center has not responded to the Union's April 18, 2024 email regarding the Union's intervention. The Union's intervention will not result in any delay.

WHEREFORE, the Union respectfully requests that it be granted leave to intervene in Case No. 24-1680.

Respectfully submitted,

SCHUCHAT, COOK & WERNER

*/s/ Amanda K. Hansen*
Christopher N. Grant (Mo Bar #53507)
Amanda K. Hansen (Mo Bar # 64889)
555 Washington Avenue, Suite 520
St. Louis, MO 63101
(314) 621-2626
Fax: (314) 621-2378
cng@scwattorney.com
akh@scwattorney.com

*Attorneys for Intervenor SEIU HCII,*
*Missouri/Kansas Division*

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on April 22, 2024, a copy of the foregoing Motion for Leave to Intervene was served via the Court's CM/ECF system and served true and correct-file stamped copies of same via email upon the following:

*Counsel for Petitioner Midwest Division – RMC, LLC d/b/a Research Medical Center*

Proloy K. Das, Esquire
Ford Harrison, LLP
185 Asylum Street
Hartford, CT 06103
(860) 740-1077
(860) 578-2075 (fax)
pdas@fordharrison.com

Thomas Keim, Esquire
Ford Harrison, LLP
100 Dunbar Street
Spartanburg, SC 29306
(864) 699-1100
(864) 699-1101 (fax)
tkeim@fordharrison.com

Patricia G. Griffith, Esquire
Ford Harrison, LLP
271 17th Street, NW, Suite 1900
Atlanta, GA 30363
(404) 888-3800
(404) 888-3863 (fax)
pgriffith@fordharrison.com

*Counsel for NNOC*

Amara Blades
National Nurses Organizing Committee
(NNOC) AFL-CIO, Legal Department
155 Grand Avenue
Oakland, CA 94612
(510) 452-7851
(510) 663-4822 (fax)
ablades@calnurses.org

*Counsel for the National Labor Relations Board*

Ruth E. Burdick
Deputy Associate General Counsel
National Labor Relations Board
1015 Half Street, SE
Washington, DC 20570
ruth.burdick@nlrb.gov

David Habenstreit
Assistant General Counsel
National Labor Relations Board
1015 Half Street, SE
Washington, DC 20570
(202) 273-2960
(202) 273-0191 (fax)
appellatecourt@nlrb.gov
david.habenstreit@nlrb.gov

Elizabeth A. Heaney
1015 Half Street, SE
Washington, DC 20570
elizabeth.heaney@nlrb.gov

Kellie J. Isbell
1015 Half Street, SE
Washington, DC 20570
kellie.isbell@nlrb.gov