# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 24-1680

Midwest Division-RMC, LLC, doing business as Research Medical Center

Petitioner

v.

National Labor Relations Board

Respondent

National Nurses Organizing Committee-Missouri & Kansas/National Nurses United and Service Employees International Union HCII

Intervenors

No: 24-1829

Service Employees International Union HCII, Missouri/Kansas Division

Petitioner

v.

National Labor Relations Board

Respondent

No: 24-1863

Midwest Division-RMC, LLC, doing business as Research Medical Center

Respondent

v.

National Labor Relations Board

Petitioner

National Nurses Organizing Committee-Missouri & Kansas/National Nurses United and Service Employees International Union HCII

Intervenors

Appeal from National Labor Relations Board
(14-CA-278811)
(14-CA-286571)
(14-CA-287441)
(14-CA-278811)
(14-CA-286571)
(14-CA-287411)
(14-CA-278811)
(14-CA-286571)
(14-CA-287441)

___

**ORDER**

Petitioner's motion for an extension of time to file the brief is granted. Petitioners may have until August 29, 2024 to file the brief and appendix. No further extensions will be granted.

August 15, 2024

Order Entered Under Rule 27A(a):
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
     /s/ Maureen W. Gornik